## Davis *v.* Seltzer, Appellant.

Argued December 7, 1933. Before FRAZER, C. J., SIMPSON, KEPHART, SCHAFFER, MAXEY, DREW and LINN, JJ.

384

*Abraham M. Rose,* with him *John Swartz* and *Eli J. Rose,* for appellant.

*Boyd Lee Spahr,* of *Ballard, Spahr, Andrews & Ingersoll,* with him *David S. Malis,* for appellee.

PER CURIAM, January 2, 1934:

The judgment of the court below, entered for want of a sufficient affidavit of defense, is affirmed on the opinion of Judge BROWN.